**LANE & NACH, P.C.**
2001 East Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Adam B. Nach – 013622
Email: adam.nach@lane-nach.com

Attorneys for Stanley J. Kartchner, Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| STEPHANIE RAE fka STEPHANIE RAE GARCIA,<br><br>Debtor. | No. 4:21-bk-06274-BMW<br><br>**FINAL APPLICATION FOR PAYMENT OF ATTORNEYS' FEES AND COSTS AND** *REQUEST FOR NOTICING THROUGH TRUSTEE'S FINAL REPORT* |

*I.* *GENERAL INFORMATION.*

Lane & Nach, P.C., (hereinafter "Attorney"), counsel for Stanley J. Kartchner, Chapter 7 Trustee in the above-captioned case (hereinafter "Trustee") makes its Final Application for Payment of Attorneys' Fees and Costs and *Request for Noticing Through Trustee's Final Report* ("Application"). In support of its Application, Attorney submits its billing statements for the period of September 28, 2021 through May 26, 2022, which are attached hereto and incorporated herein. In further support of its Application, Attorney respectfully represents as follows:

*II.* *NARRATIVE SUMMARY.*

A. Background.

1. This case was commenced by voluntary petition filed on or about August 12, 2021. Thereafter, Stanley J. Kartchner was appointed Trustee.

2. Attorney's employment as counsel for the Trustee was approved by Order of this Court dated October 2, 2021.

3. Attorney has expended in excess of 14.70 hours in its representation of the Trustee. Based upon Attorney's ordinary hourly rates in effect at the time said services were rendered, Attorney's total fees are $3,236.50. In addition, Attorney has incurred out-of-pocket expenses for which it is seeking

reimbursement in the sum of $39.36. The blended hourly rate is $295.00. The total amount sought by Attorney is as follows:

| Total Fees | $3,236.50 |
| Total Costs | $39.36 |
| Total | $3,275.86 |

4. The services for which compensation is requested were rendered on behalf of the Trustee and compensation is sought pursuant to 11 U.S.C. §§330(a), 331 and 503(a) and (b) and Rule 2016(a), F.R.B.P. and in compliance with this Court's Order Authorizing Trustee to Employ Attorney, and the Guidelines of the Office of the U.S. Trustee for the District of Arizona.

5. Except as Attorney may be entitled to receive compensation herein, Attorney has no arrangements with any other parties whatsoever to pay Attorney for the services of Attorney to the estate, nor has Attorney received any funds from any parties whatsoever for the services rendered to the estate. Additionally, Attorney has not made any arrangements to share any compensation received by Order of this Court with any other party, nor does Attorney have arrangements for sharing of any compensation herein awarded, except as are normally divided among members and/or associates of its firm.

6. The names of all of Attorney's professionals and paraprofessionals, their billing code, and the hourly rate charged by each is set forth below. Attorney charges its non-bankruptcy clients at the same rate or higher for similar services. The rates charged are reasonable and are commensurate with fees for similar services charged by certified bankruptcy specialists and other professionals of similar experience in Phoenix, Arizona.

| *Title* | *Name/Billing Code* | *Hourly Rate(s)* | *Year Admitted to Practice* |
|---|---|---|---|
| **Associate** | Kris R. McDonald (KRM/Associate) | $295 | 2007 |
| **Paralegal** | Danica Acosta (DA/Paralegal) | $120 | N/A |
| **Paralegal** | Deb McKernan (DJM/Paralegal) | $170 | N/A |

7. This Application is filed more than 120 days after the Order for relief and more than 120 days after a prior application.

B. Case Status.

1. To the best of Attorney's information and belief, the approximate amount of cash on hand or on deposit in this bankruptcy estate is $1,660.05.

2

2. Attorney is not aware of any other requests for compensation pending before this Court. To the best of Attorney's information and belief, there are no other approved and unpaid administrative expenses other than those applied for herein.

3. To the best of Attorney's information, there are no encumbered funds in the estate.

4. Trustee anticipates that the Notice of Proposed Distribution should be submitted on or before September, 2022.

C. Project Summary.

The following are the descriptions of the projects for which fees and expenses were incurred, all of which were necessary and benefited the estate, the number of hours spent and the amount of compensation requested for each professional and paraprofessional for each project.

1. Case Administration. As more fully set forth in **Exhibit "A"**, Attorney has performed professional services with respect to the general administration of this bankruptcy estate. Time was incurred in communication and correspondence with the Trustee and others regarding the general status of the case and the various activities involved in the case. Time and attention was incurred in the review of Debtor's statements and schedules filed with the Court. Attorney pursued the avoidance of a vehicle lien, but determined the lien was valid. In connection with this subject area, Attorney expended a total of:

| *Title* | *Name* | *Hourly Rate(s)* | *Hours* | *Dollar Amount* |
|---|---|---|---|---|
| **Associate** | Kris R. McDonald | $295 | 6.70 | $1,976.50 |
| **Paralegal** | Danica Acosta | $120 | 2.00 | $240.00 |
| **Paralegal** | Deb McKernan | $170 | 6.00 | $1,020.00 |
| **TOTAL** | | | | $3,236.50 |

As detailed on **Exhibit "A",** the costs for which Attorney seeks reimbursement total $39.36.

III. *EVALUATION STANDARDS*.

A. Attorney certifies that it did, in fact, perform the services set forth herein and is entitled to compensation therefor and that performance of same has benefited the estate.

B. Trustee has approved of the fees and costs sought herein.

IV. *CONCLUSION*.

Based on the foregoing, Lane & Nach, P.C., respectfully requests that this Court enter its Order:

A. Approving and authorizing payment of fees to Lane & Nach, P.C. in the sum of $3,236.50,

through Trustee's Final Report, for services provided herein for the period of September 28, 2021 through May 26, 2022; and,

B. Approving and authorizing reimbursement of out-of-pocket expenses to Lane & Nach, P.C., in the sum of $39.36 incurred herein through Trustee's Final Report; and,

C. For such other and further relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED this 26th day of May, 2022.

**LANE & NACH, P.C.**

By   /s/ Adam B. Nach – 013622
  Adam B. Nach
  Attorneys for Trustee

Copy of the foregoing delivered
via electronic Court notification to:

Sandra C. Oswalt
Oswalt Law Group, PC
3933 S. McClintock Dr., Ste. 500
Tempe, AZ 85282
Email: sandra@oswaltlawgroup.com

Office of U.S. Trustee
230 North First Avenue
Phoenix, AZ 85003
Email:  Renee.S.Shamblin@usdoj.gov
Email: ustpregion14.px.ecf@usdoj.gov

By   /s/ Danica Acosta

# EXHIBIT "A"

# LANE & NACH, P.C.

2001 E. Campbell Avenue

Suite 103

PHOENIX, AZ  85016

Telephone:  (602) 258-6000

Facsimile (602) 258-6003

TAX I.D. #86-0938074

STANLEY KARTCHNER  
7090 N. ORACLE RD #178-204  
TUCSON, AZ   85704

Statement Date: May 26, 2022  
Statement No. 97388  
Account No. 11012.849

Page:  1

RE: RAE, STEPHANIE

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 09/28/2021 | DLA | REVIEW FILE FOR CONFLICTS; PREPARATION OF APPLICATION TO EMPLOY ATTORNEY FOR TRUSTEE, ATTORNEY DISINTERESTEDNESS DECLARATION AND FORM OF ORDER; ELECTRONIC COURT FILING. | 120.00 | 1.00 | 120.00 |
| 09/30/2021 | KRM | REVIEW SCHEDULES, DOCKET, PRODUCTION OF DOCUMENTS, CORRESPONDENCE; EVALUATE AND ASSESS CASE ISSUES. | 295.00 | 0.60 | 177.00 |
| 10/01/2021 | DJM | CALENDAR DEADLINE TO FILE MOTION TO EXTEND THE STAY; CONDUCT MVD QUERY SEARCH FOR VEHICLE INFORMATION; DOWNLOAD AND SAVE VEHICLE RECORD; PREPARE ARIZONA MVD LIEN APPLICATION REQUEST AND TRANSMITTAL LETTER | 170.00 | 0.40 | 68.00 |
| 10/25/2021 | DJM | PREPARE TRUSTEE'S MOTION TO EXTEND THE AUTOMATIC STAY AND NOTICE OF BAR DATE. | 170.00 | 0.40 | 68.00 |
|  | KRM | EDIT, REVIEW, REVISE DRAFT MOTION TO EXTEND AUTOMATIC STAY. | 295.00 | 0.30 | 88.50 |
|  | DJM | FINALIZE AND FILE TRUSTEE'S MOTION TO EXTEND THE AUTOMATIC STAY AND NOTICE OF BAR DATE. | 170.00 | 0.20 | 34.00 |
| 10/28/2021 | DJM | DOWNLOAD AND SAVE BNC; CALENDAR DEADLINE TO OBJECT TO TRUSTEE'S MOTION TO EXTEND THE AUTOMATIC STAY. | 170.00 | 0.10 | 17.00 |
| 11/09/2021 | DJM | REVIEW AND SAVE MVD PRODUCTION OF DOCUMENTS; DETERMINE PREFERENCE PERIOD; EMAIL ATTORNEY REGARDING THE SAME. | 170.00 | 0.20 | 34.00 |
|  | KRM | RECEIPT AND REVIEW OF MVD PRODUCTION OF DOCUMENTS; ANALYZE ISSUES. | 295.00 | 0.30 | 88.50 |
|  | KRM | REVIEW CASE LAW REGARDING PREFERENCE ACTIONS AND VEHICLE LIEN PERFECTION ISSUES. | 295.00 | 0.90 | 265.50 |

```
                                                                          Page: 2
       STANLEY KARTCHNER                                                05/26/2022
                                                          Account No:    11012-849
                                                          Statement No:      97388

       RAE, STEPHANIE
```

|            |     |                                                                                                                                              | Rate   | Hours |        |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|--------|
| 11/11/2021 | DJM | PREPARE COMPLAINT AGAINST CARVANA, LLC TO AVOID LIEN AND FOR TURN OVER OF POST-PETITION PAYMENTS; REDACT AND COMPILE EXHIBITS.                 | 170.00 | 1.10  | 187.00 |
|            | KRM | EDIT, REVIEW, REVISE DRAFT COMPLAINT TO AVOID VEHICLE LIEN, AND EXHIBITS THERETO.                                                              | 295.00 | 0.90  | 265.50 |
|            | KRM | DRAFT MEMORANDUM TO FILE REGARDING ESTATE'S INTEREST IN VEHICLE LIEN AVOIDANCE CLAIM.                                                          | 295.00 | 0.30  | 88.50  |
| 11/29/2021 | DJM | REVIEW COURT DOCKET; PREPARE CERTIFICATE OF NO OBJECTION AND PROPOSED ORDER APPROVING TRUSTEE'S MOTION TO EXTEND AUTOMATIC STAY.              | 170.00 | 0.30  | 51.00  |
|            | KRM | REVIEW FILE, CORRESPONDENCE, ASSESS STATUS OF POTENTIAL ADVERSARY PROCEEDING AND DRAFT COMPLAINT.                                             | 295.00 | 0.30  | 88.50  |
|            | KRM | EDIT, REVIEW, REVISE DRAFT CERTIFICATE OF NO OBJECTION AND ORDER APPROVING MOTION TO EXTEND STAY.                                             | 295.00 | 0.30  | 88.50  |
|            | DJM | OPEN ADVERSARY PROCEEDING; FINALIZE AND FILE COMPLAINT; PREPARE AND FILE CERTIFICATE OF INSUFFICIENT FUNDS; REQUEST ISSUED SUMMONS.           | 170.00 | 0.40  | 68.00  |
|            | DJM | FINALIZE AND FILE CERTIFICATE OF NO OBJECTION; LODGE PROPOSED ORDER APPROVING TRUSTEE'S MOTION TO EXTEND AUTOMATIC STAY; FILE NOTICE OF LODGING PROPOSED ORDER. | 170.00 | 0.20  | 34.00  |
| 11/30/2021 | DJM | DOWNLOAD AND SAVE ISSUED SUMMONS; CALENDAR DEADLINE FOR DEFENDANT TO FILE AN ANSWER; PROCESS CERTIFIED AND FIRST CLASS MAILING; PREPARE AND FILE CERTIFICATE OF SERVICE. | 170.00 | 0.50  | 85.00  |
|            | KRM | EDIT, REVIEW, REVISE DRAFT CERTIFICATE OF SERVICE.                                                                                            | 295.00 | 0.20  | 59.00  |
| 12/07/2021 | DJM | CHECK STATUS OF SERVICE VIA USPS TRACKING; DOWNLOAD AND SAVE PROOF OF DELIVERIES.                                                             | 170.00 | 0.30  | 51.00  |
| 12/08/2021 | DJM | SAVE AND CALENDAR ORDER EXTENDING THE AUTOMATIC STAY.                                                                                         | 170.00 | 0.10  | 17.00  |
| 01/03/2022 | KRM | REVIEW CORRESPONDENCE, ASSESS STATUS OF PENDING ADVERSARY.                                                                                    | 295.00 | 0.20  | 59.00  |
| 01/12/2022 | DJM | PREPARE TRUSTEE'S SECOND MOTION TO EXTEND THE AUTOMATIC STAY AND NOTICE OF BAR DATE.                                                          | 170.00 | 0.40  | 68.00  |
|            | KRM | EDIT, REVIEW, REVISE DRAFT SECOND MOTION TO EXTEND STAY.                                                                                      | 295.00 | 0.30  | 88.50  |
| 01/13/2022 | DJM | FINALIZE AND FILE TRUSTEE'S SECOND MOTION TO EXTEND THE AUTOMATIC STAY AND NOTICE OF BAR DATE.                                                | 170.00 | 0.20  | 34.00  |
| 01/28/2022 | KRM | RECEIPT AND REVIEW OF PRODUCTION OF DOCUMENTS FROM LENDER'S COUNSEL, ANALYZE ISSUES.                                                          | 295.00 | 0.40  | 118.00 |
|            | KRM | ANALYZE UPDATED MVD PROCEDURES AND IMPACT ON PENDING ADVERSARY.                                                                               | 295.00 | 0.50  | 147.50 |

Page: 3
05/26/2022
Account No: 11012-849
Statement No: 97388

STANLEY KARTCHNER

RAE, STEPHANIE

| Date | TK | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/14/2022 | KRM | CONFERENCE REGARDING STATUS OF PENDING ADVERSARY AND DEFENSES ASSERTED. | 295.00 | 0.40 | 118.00 |
| 02/28/2022 | DJM | PREPARE CERTIFICATE OF NO OBJECTION AND PROPOSED ORDER APPROVING TRUSTEE'S SECOND MOTION TO EXTEND AUTOMATIC STAY. | 170.00 | 0.40 | 68.00 |
|  | KRM | EDIT, REVIEW, REVISE DRAFT CERTIFICATE OF NO OBJECTION AND ORDER APPROVING SECOND MOTION TO EXTEND AUTOMATIC STAY. | 295.00 | 0.30 | 88.50 |
|  | DJM | FINALIZE AND FILE CERTIFICATE OF NO OBJECTION; LODGE PROPOSED ORDER APPROVING TRUSTEE'S SECOND MOTION TO EXTEND AUTOMATIC STAY; FILE NOTICE OF LODGING PROPOSED ORDER. | 170.00 | 0.20 | 34.00 |
| 03/07/2022 | KRM | DRAFT MEMORANDUM TO FILE REGARDING STATUS OF ADVERSARY PROCEEDING. | 295.00 | 0.30 | 88.50 |
| 03/08/2022 | DJM | PREPARE NOTICE OF DISMISSAL OF ADVERSARY COMPLAINT. | 170.00 | 0.40 | 68.00 |
|  | KRM | EDIT, REVIEW, REVISE DRAFT NOTICE OF DISMISSAL OF ADVERSARY. | 295.00 | 0.20 | 59.00 |
| 03/09/2022 | DJM | FINALIZE AND FILE NOTICE OF DISMISSAL OF ADVERSARY COMPLAINT; SERVE COPY OF THE SAME VIA EMAIL. | 170.00 | 0.20 | 34.00 |
| 05/26/2022 | DLA | FINALIZE TRUSTEE ATTORNEY FEE APPLICATION AND RELATED DOCUMENTS. | 120.00 | 1.00 | 120.00 |
|  |  | CASE ADMINISTRATION |  | 14.70 | 3,236.50 |
|  |  | For Current Services Rendered |  | 14.70 | 3,236.50 |

Recapitulation

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| DANICA ACOSTA | 2.00 | $120.00 | $240.00 |
| KRISTOFER R. MCDONALD | 6.70 | 295.00 | 1,976.50 |
| DEB MCKERNAN | 6.00 | 170.00 | 1,020.00 |

Expenses

| Date | Description | Amount |
|---|---|---|
| 10/01/2021 | MVD RECORDS SEARCH | 4.25 |
| 10/05/2021 | CHECK TO MVD - RECORDS REQUEST FEE | 1.00 |
| 10/05/2021 | POSTAGE 1 @ $.53 | 0.53 |
| 11/11/2021 | MVD RECORDS SEARCH | 6.25 |
| 11/30/2021 | COPIES;  @ .15 EACH | 7.20 |
| 11/30/2021 | POSTAGE 3 @ $.73 | 2.19 |
| 11/30/2021 | POSTAGE 3 @ $4.48 | 13.44 |
| 05/23/2022 | PACER FEE | 4.50 |
|  | Total Expenses | 39.36 |
|  | Total Current Work | 3,275.86 |

STANLEY KARTCHNER

RAE, STEPHANIE
Page: 4
05/26/2022
Account No: 11012-849
Statement No: 97388

**Balance Due** $3,275.86