**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re: § | |
| § | |
| RAE, STEPHANIE § | Case No. 4-21-BK-06274-BMW |
| § | |
| Debtor § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/12/2021. The undersigned trustee was appointed on 08/12/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of        $   2,398.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 737.95 |

   Leaving a balance on hand of[1]        $   1,660.05

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/30/2021 and the deadline for filing governmental claims was 02/08/2022 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 415.01 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 415.01 , for a total compensation of $ 415.01 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 15.56 , for total expenses of $ 15.56 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/24/2022          By:/s/Stanley J. Kartchner
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| Case No: 21-06274 BMW Judge: BRENDA MOODY WHINERY | Trustee Name: | Stanley J. Kartchner |
| Case Name: RAE, STEPHANIE | Date Filed (f) or Converted (c): | 08/12/21 (f) |
| | 341(a) Meeting Date: | 09/27/21 |
| For Period Ending: 06/24/22 | Claims Bar Date: | 12/30/21 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2016 HYUNDAI SONATA SE SEDAN 4D (VEHICLE IS IN GOO seeking lien avoidance | 14,384.00 | 14,384.00 | | 0.00 | FA |
| 2. 2009 PONTIAC VIBE SPORT WAGON 4D (VEHICLE IS IN FA | 4,741.00 | 0.00 | | 0.00 | FA |
| 3. 2002 DODGE INTREPID SE SEDAN 4-DR (VEHICLE IS IN P | 400.00 | 0.00 | | 0.00 | FA |
| 4. 1 KITCHEN TABLE WITH 4 CHAIRS $200.00. 1 LIVING RO | 2,035.00 | 0.00 | | 0.00 | FA |
| 5. 3 TELEVISIONS. LOCATED AT DEBTOR'S RESIDENCE. | 400.00 | 0.00 | | 0.00 | FA |
| 6. 1 LAPTOP COMPUTER. LOCATED AT DEBTOR'S RESIDENCE. | 125.00 | 0.00 | | 0.00 | FA |
| 7. MISC. BOOKS. LOCATED AT DEBTOR'S RESIDENCE. | 50.00 | 0.00 | | 0.00 | FA |
| 8. MISC. CLOTHING. LOCATED AT DEBTOR'S RESIDENCE. | 500.00 | 0.00 | | 0.00 | FA |
| 9. 2 DOGS. LOCATED AT DEBTOR'S RESIDENCE. | Unknown | 0.00 | | 0.00 | FA |
| 10. $15 CASH IN WALLET $5 OF CHANGE/COINS | 20.00 | 0.00 | | 0.00 | FA |
| 11. WAFD BANK CHECKING ACCOUNT #3869, BALANCE AS OF DA | 31.35 | 0.00 | | 0.00 | FA |
| 12. NATIONAL BANK OF ARIZONA CHECKING ACCOUNT #6212, B | 0.00 | 0.00 | | 0.00 | FA |
| 13. NATIONAL BANK OF ARIZONA, CD ACCOUNT #0092, BALANC | 0.00 | 0.00 | | 0.00 | FA |
| 14. NATIONAL BANK OF ARIZONA, CD ACCOUNT #0274, BALANC | 0.00 | 0.00 | | 0.00 | FA |
| 15. EDWARD JONES, SIMPLE IRA, ACCOUNT #1320-1-2. BALAN | 490.38 | 0.00 | | 0.00 | FA |
| 16. RESIDENTIAL SECURITY DEPOSIT WITH LANDLORD, RYAN D | 500.00 | 0.00 | | 0.00 | FA |
| 17. HEALTH INSURANCE POLICY, EMPLOYER PROVIDED. NO CAS | 0.00 | 0.00 | | 0.00 | FA |
| 18. 2021 TAX REFUNDS (u) state $307 | 0.00 | 1,000.00 | | 2,398.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $23,676.73 | $15,384.00 | | $2,398.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Case No.: 21-06274  BMW  Judge: BRENDA MOODY WHINERY  Trustee Name: Stanley J. Kartchner
Case Name: RAE, STEPHANIE  Date Filed (f) or Converted (c): 08/12/21 (f)
341(a) Meeting Date: 09/27/21
Claims Bar Date: 12/30/21

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

A - 21 ref 2398+307; READY FOR TFR AFTER PP

Initial Projected Date of Final Report (TFR): 12/31/22   Current Projected Date of Final Report (TFR): 06/15/22

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 21-06274 -BMW | | Trustee Name: | Stanley J. Kartchner |
| Case Name: | RAE, STEPHANIE | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******2592 Checking Account - Non Interest |
| Taxpayer ID No: | *******9120 | | | |
| For Period Ending: | 06/24/22 | | Blanket Bond (per case limit): | $ 39,597,256.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/20/22 | 18 | UNITED STATES TREASURY | INCOME TAX REFUND | | 2,398.00 | | 2,398.00 |
| | | UNITED STATES TREASURY | Memo Amount: 1,660.05 ESTATE'S PORTION OF TAX REFUND | 1224-000 | | | |
| | | RAE, STEPHANIE | Memo Amount: 737.95 DEBTOR'S PORTION OF TAX REFUND | 1280-002 | | | |
| 06/01/22 | 010001 | STEPHANIE RAE 140 E PEACH ST SAFFORD, AZ 85546 | POSTPETITION PORTION TAX REFUNDS | 8500-000 | | 737.95 | 1,660.05 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | | 2,398.00 | COLUMN TOTALS | | 2,398.00 | 737.95 | 1,660.05 |
| Memo Allocation Disbursements: | | 0.00 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 2,398.00 | 737.95 | |
| Memo Allocation Net: | | 2,398.00 | Less: Payments to Debtors | | | 737.95 | |
| | | | Net | | 2,398.00 | 0.00 | |

| | | | | | NET | ACCOUNT |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 2,398.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 0.00 | Checking Account - Non Interest - ********2592 | 2,398.00 | 0.00 | 1,660.05 |
| Total Memo Allocation Net: | 2,398.00 | | 2,398.00 | 0.00 | 1,660.05 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  2,398.00  737.95

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: June 24, 2022

Case Number: 21-06274
Debtor Name: RAE, STEPHANIE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 002 3210-00 | ADAM B. NACH<br>LANE & NACH, P.C.<br>2001 East Campbell, Suite 103<br>PHOENIX, AZ 85016 | Administrative | | $3,275.86 | $0.00 | $3,275.86 |
| 001 2700-00 | CLERK OF THE U.S. BANKRUPTCY COURT<br>38 S. SCOTT AVE<br>TUCSON, AZ 85701 | Administrative | | $350.00 | $0.00 | $350.00 |
| 002 2100-00 | STANLEY J. KARTCHNER, TRUSTEE<br>7090 N ORACLE RD #178-204<br>TUCSON, AZ 85704 | Administrative | | $430.57 | $0.00 | $430.57 |
| 000001 070 7100-00 | MERRICK BANK<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10368<br>GREENVILLE, SC 29603-0368 | Unsecured | | $799.66 | $0.00 | $799.66 |
| 000002 070 7100-00 | RESURGENT RECEIVABLES, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Unsecured | | $560.24 | $0.00 | $560.24 |
| 000003 070 7100-00 | ARIZONA FEDERAL CREDIT UNION<br>P.O. BOX 60070<br>PHOENIX AZ 85082 | Unsecured | | $471.09 | $0.00 | $471.09 |
| 000004 070 7100-00 | ARIZONA FEDERAL CREDIT UNION<br>P.O. BOX 60070<br>PHOENIX AZ 85082 | Unsecured | | $42,661.74 | $0.00 | $42,661.74 |
| 000005 070 7100-00 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GENESIS FS CARD SERVICES INC<br>PO BOX 2489<br>KIRKLAND, WA 98083-2489 | Unsecured | | $358.52 | $0.00 | $358.52 |
| 000006 070 7100-00 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $308.29 | $0.00 | $308.29 |
| 000007 070 7100-00 | UNITED STATES DEPARTMENT OF EDUCATION<br>PO BOX 790321<br>ST LOUIS, MO 63179-0321 | Unsecured | | $21,845.79 | $0.00 | $21,845.79 |
| 000008 070 7100-00 | RESURGENT RECEIVABLES, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Unsecured | | $634.29 | $0.00 | $634.29 |

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: June 24, 2022

Case Number: 21-06274
Debtor Name: RAE, STEPHANIE

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---:|---:|---:|
| 000009 070 7100-00 | ASHLEY FUNDING SERVICES, LLC RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | Unsecured | | $49.00 | $0.00 | $49.00 |
| 000010 070 7100-00 | QUANTUM3 GROUP LLC AS AGENT FOR SADINO FUNDING LLC PO BOX 2489 KIRKLAND, WA 98083-2489 | Unsecured | | $1,212.68 | $0.00 | $1,212.68 |
| 000011 070 7100-00 | QUANTUM3 GROUP LLC AS AGENT FOR COMENITY BANK PO BOX 2489 KIRKLAND, WA 98083-2489 | Unsecured | | $148.18 | $0.00 | $148.18 |
| 000012 070 7100-00 | PREMIER BANKCARD, LLC JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE PO BOX 772813 CHICAGO, IL 60677-2813 | Unsecured | | $890.15 | $0.00 | $890.15 |
| 000013 070 7100-00 | SPACE COAST CREDIT UNION 8025 N. WICKHAM ROAD MELBOURNE FL 32940 | Unsecured | | $19,645.58 | $0.00 | $19,645.58 |
| | Case Totals: | | | $93,641.64 | $0.00 | $93,641.64 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 4-21-BK-06274-BMW
Case Name: RAE, STEPHANIE
Trustee Name: Stanley J. Kartchner

| | | |
|---|---|---:|
| Balance on hand | $ | 1,660.05 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Stanley J. Kartchner | $ 415.01 | $ 0.00 | $ 146.69 |
| Trustee Expenses: Stanley J. Kartchner | $ 15.56 | $ 0.00 | $ 5.50 |
| Attorney for Trustee Fees: ADAM B. NACH | $ 3,236.50 | $ 0.00 | $ 1,143.95 |
| Attorney for Trustee Expenses: ADAM B. NACH | $ 39.36 | $ 0.00 | $ 13.91 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 350.00 | $ 0.00 | $ 350.00 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,660.05 |
| Remaining Balance | $ | 0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,585.21 have been allowed and will be paid _pro_ _rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | MERRICK BANK | $ 799.66 | $ 0.00 | $ 0.00 |
| 000002 | RESURGENT RECEIVABLES, LLC | $ 560.24 | $ 0.00 | $ 0.00 |
| 000003 | ARIZONA FEDERAL CREDIT UNION | $ 471.09 | $ 0.00 | $ 0.00 |
| 000004 | ARIZONA FEDERAL CREDIT UNION | $ 42,661.74 | $ 0.00 | $ 0.00 |
| 000005 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 358.52 | $ 0.00 | $ 0.00 |
| 000006 | CAPITAL ONE BANK (USA), N.A. | $ 308.29 | $ 0.00 | $ 0.00 |
| 000007 | UNITED STATES DEPARTMENT OF EDUCATION | $ 21,845.79 | $ 0.00 | $ 0.00 |
| 000008 | RESURGENT RECEIVABLES, LLC | $ 634.29 | $ 0.00 | $ 0.00 |
| 000009 | ASHLEY FUNDING SERVICES, LLC | $ 49.00 | $ 0.00 | $ 0.00 |
| 000010 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,212.68 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 148.18 | $ 0.00 | $ 0.00 |
| 000012 | PREMIER BANKCARD, LLC | $ 890.15 | $ 0.00 | $ 0.00 |
| 000013 | SPACE COAST CREDIT UNION | $ 19,645.58 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE